

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| HUILONG ZHENG, | Case No.:  26-cv-1563-RSH-AHG |
|---|---|
| Petitioner, | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | [ECF Nos. 3, 7] |
| Respondents. | |

On March 9, 2026, petitioner Huilong Zheng filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner requests that the Court order a bond hearing in which the government bears the burden of establishing, by clear and convincing evidence, that Petitioner presents a risk of flight or poses a danger. *Id.* ¶¶ 9, 142. Respondents do not oppose. ECF No. 8.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court within ***seven (7) days*** of this order, at which the government bears the burden of establishing, by clear and convincing evidence, that Petitioner presents a risk of flight or poses a danger. The Court declines to order Petitioner's immediate release.

26-cv-1563-RSH-AHG

In light of this disposition, Petitioner's motion for appointment of counsel [ECF No. 3] and motion for a temporary restraining order [ECF No. 7] are **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: April 7, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-1563-RSH-AHG